**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number (*if known*) _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | Debtor's name | **Brachium, Inc.** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years | **FKA  Brachium Labs, LLC** |
|---|---|---|
|  | Include any assumed names, trade names and *doing business as* names | |

| 3. | Debtor's federal Employer Identification Number (EIN) | **47-3488201** |
|---|---|---|

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **660 Fourth St., Ste. 121** **San Francisco, CA 94107** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Francisco** | Location of principal assets, if different from principal place of business |
| County | **300 Deerwood Rd. San Ramon, CA 94583** |
| | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | **brachium.com** |
|---|---|---|

| 6. | Type of debtor |
|---|---|

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case: 21-30047   Doc# 1   Filed: 01/25/21   Entered: 01/25/21 13:03:19   Page 1 of 27

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5417__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

**11. Why is the case filed in _this district?_**    _Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (_Check all that apply._)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .    _Check one:_

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

▊   **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 25, 2021**
              MM / DD / YYYY

**X** **/s/ Yaz Shehab**                                    **Yaz Shehab**
Signature of authorized representative of debtor            Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Iain A. Macdonald**                    Date **January 25, 2021**
Signature of attorney for debtor                        MM / DD / YYYY

**Iain A. Macdonald 051073**
Printed name

**Macdonald Fernandez LLP**
Firm name

**221 Sansome Street, Third Floor**
**San Francisco, CA 94104**
Number, Street, City, State & ZIP Code

Contact phone   **(415) 362-0449**        Email address _____

**051073 CA**
Bar number and State

# RESOLUTION OF BOARD OF DIRECTORS OF
# BRACHIUM, INC.
### a Delaware corporation


Whereas, it is in the best interest of BRACHIUM, INC., a Delaware corporation (the "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 Subchapter V of Title 11 of the United States Code;

Be It Therefore Resolved, that Yaz Shehab, Chief Executive Officer of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 Subchapter V voluntary bankruptcy case on behalf of the Company;

Be It Further Resolved, that Yaz Shehab, Chief Executive Officer of this Company, is appointed Responsible Individual and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Yaz Shehab, Chief Executive Officer of this Company, is authorized and directed to employ the law firm of Macdonald Fernandez LLP to represent the Company in such bankruptcy case.


Date   January _22_, 2021        Signed    _____
                                              Ashar Ahmed,
                                              Secretary

# MINUTES OF SPECIAL MEETING OF
# BOARD OF DIRECTORS OF
## BRACHIUM, INC.
### a Delaware corporation

A special meeting of the Board of Directors of BRACHIUM, INC., a Delaware corporation, was held on January _22_, 2021, at San Francisco, California, in person, by telephone or video conference. The following Directors were present at the meeting:

Yaz Shehab
Hadi Akeel

The meeting was duly called to order and it was announced that the meeting was held pursuant to written waiver of notice and consent to the holding of the meeting. It was then moved, seconded and resolved to dispense with the reading of the minutes of the last meeting. Upon motion duly made, seconded, and unanimously carried, the following resolutions were adopted:

Whereas, it is in the best interest of BRACHIUM, INC., a Delaware corporation (the "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 Subchapter V of Title 11 of the United States Code;

Be It Therefore Resolved, that Yaz Shehab, Chief Executive Officer of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company;

Be It Further Resolved, that Yaz Shehab, Chief Executive Officer of this Company, is appointed Responsible Individual and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Yaz Shehab, Chief Executive Officer of this Company, is authorized and directed to employ the law firm of Macdonald Fernandez LLP to represent the Company in such bankruptcy case.

There being no further business to come before the meeting, the meeting was duly adjourned.

Date   January _22__, 2021      Signed      _Sayed Ashar Ahmed_
                                            Ashar Ahmed,
                                            Secretary

# WAIVER OF NOTICE AND CONSENT OF HOLDING AND SPECIAL MEETING OF BOARD OF DIRECTORS OF BRACHIUM, INC.
### a Delaware corporation

The undersigned Directors of BRACHIUM, INC., a Delaware corporation, hereby waive notice of and consent to the holding of a special meeting on the 22 day of January, 2021, at San Francisco, California, in person, by telephone or video conference, and agree that business transacted at the meeting shall be as valid and legal and have the same force and effect as though that meeting were held after notice duly given.

Signed: _____

Yaz Shehab, Director

Signed: _____

Hadi Akeel, Director

## STATEMENT REGARDING AUTHORITY
## TO SIGN AND FILE PETITION

I, Ashar Ahmed, declare under penalty of perjury that I am the duly appointed, qualified and acting Secretary of BRACHIUM, INC., a Delaware corporation, and that the following is a true and correct copy of the resolutions adopted by the Directors of said company at a special meeting duly called and held on the _22__ day of January, 2021.

"Whereas, it is in the best interest of BRACHIUM, INC., a Delaware corporation, a California professional corporation (the "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 Subchapter V of Title 11 of the United States Code;

Be It Therefore Resolved, that Yaz Shehab, Chief Executive Officer of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company;

Be It Further Resolved, that Yaz Shehab, Chief Executive Officer of this Company, is appointed Responsible Individual and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Yaz Shehab, Chief Executive Officer of this Company, is authorized and directed to employ the law firm of Macdonald Fernandez LLP to represent the Company in such bankruptcy case."

Date   January _22_, 2021       Signed       _____

                                             Ashar Ahmed,
                                             Secretary

# BRACHIUM INC.

## STATEMENT OF ASSETS, LIABILITIES & EQUITY - INCOME TAX BASIS

### As of December 31, 2020

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 104 Cash in bank - checking | 310.36 |
| 105 Checking - Chase Bank | 13,770.68 |
| 109 Cash on hand | 300.00 |
| **Total Bank Accounts** | **$14,381.04** |
| **Total Current Assets** | **$14,381.04** |
| Fixed Assets | |
| 208 Computers and software | 4,604.75 |
| 209 Furniture and fixtures | 3,968.96 |
| 278 Accumulated depreciation | -5,280.92 |
| **Total Fixed Assets** | **$3,292.79** |
| Other Assets | |
| 284 Patent | 72,362.90 |
| 289 Loan to S/H - Yaz Shehab | -600.00 |
| 294 Less accumulated amortization | -16,420.04 |
| 296 Deposit - Rent Clancy Invest. | 2,781.08 |
| **Total Other Assets** | **$58,123.94** |
| **TOTAL ASSETS** | **$75,797.77** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| 305 C/C - B OF A 5646 | 37,903.91 |
| 306 AMEX Corporate | 15,137.17 |
| **Total Credit Cards** | **$53,041.08** |
| **Total Current Liabilities** | **$53,041.08** |
| Long-Term Liabilities | |
| 382 S/H loan - Hadi Akeel | 478,500.00 |
| 383 S/H loan - Yaz Shehab | 236,825.30 |
| **Total Long-Term Liabilities** | **$715,325.30** |
| **Total Liabilities** | **$768,366.38** |
| Equity | |
| 420 Retained Earnings | -3,718,285.74 |
| 425 Capital Stock | 3,300,025.50 |
| 425.1 Capital stock - Principals | 128,615.62 |
| Net Income | -402,923.99 |
| **Total Equity** | **$ -692,568.61** |
| **TOTAL LIABILITIES AND EQUITY** | **$75,797.77** |

**Note**
See accountant's compilation report attached.

## PRELIMINARY & TENTATIVE FOR DISCUSSION PURPOSES ONLY

# BRACHIUM INC.

## STATEMENT OF REVENUES & EXPENSES - INCOME TAX BASIS

### January - December 2020

| | TOTAL | |
|---|---|---|
| | JAN - DEC 2020 | JAN - DEC 2020 (YTD) |
| Income | | |
| Total Income | | |
| GROSS PROFIT | **$0.00** | **$0.00** |
| Expenses | | |
| 801 Advertising | 306.00 | 306.00 |
| 803 Amortization | 4,824.00 | 4,824.00 |
| 807 Automobile | | |
| 807.01 Auto- gas & oil | 685.03 | 685.03 |
| Total 807 Automobile | 685.03 | 685.03 |
| 811 Bank fees | 1,766.40 | 1,766.40 |
| 815 Computer supplies/service | 4,294.94 | 4,294.94 |
| 823 Depreciation | 462.96 | 462.96 |
| 827 Meals - business | 276.12 | 276.12 |
| 831 Interest | 9,918.92 | 9,918.92 |
| 839 Legal and accounting | 366,083.72 | 366,083.72 |
| 843 Maintenance and repairs | 156.46 | 156.46 |
| 847 Office expense | 429.63 | 429.63 |
| 850.1 Payroll Fees | 468.00 | 468.00 |
| 853 Postage | 631.05 | 631.05 |
| 857 Promotion | 8.58 | 8.58 |
| 859 Rent | 10,833.40 | 10,833.40 |
| 859.1 Rent - Storage | 1,316.80 | 1,316.80 |
| 865 Taxes and licenses | 45.00 | 45.00 |
| 875 Telephone/communications | 50.00 | 50.00 |
| 877 Travel | 1,379.00 | 1,379.00 |
| 877.1 Travel- meals | 214.31 | 214.31 |
| 905 Credit Card Rewards | -430.00 | -430.00 |
| 955 Suspense | -351.35 | -351.35 |
| Total Expenses | **$403,368.97** | **$403,368.97** |
| NET OPERATING INCOME | **$ -403,368.97** | **$ -403,368.97** |
| Other Income | | |
| 903 DEPOSITS PENDING CODING | 444.98 | 444.98 |
| Total Other Income | **$444.98** | **$444.98** |
| NET OTHER INCOME | **$444.98** | **$444.98** |
| NET INCOME | **$ -402,923.99** | **$ -402,923.99** |

**Note**
See accountant's compilation report attached.

**PRELIMINARY & TENTATIVE FOR
DISCUSSION PURPOSES ONLY**

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 25, 2021**      X **/s/ Yaz Shehab**
                                              Signature of individual signing on behalf of debtor

                                              **Yaz Shehab**
                                              Printed name

                                              **Chief Executive Officer**
                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Brachium, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim amount. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AJW Solo 401k Trust Attn: Aaron White 5420 Cherokee Draw Rd Austin, TX 78738** | **Aaron White aarondds2004@gmail.com (512) 380-1740** | **Unsecured Noteholder** | | | | **$63,865.75** |
| **Associated Orthodontists Attn: Scott Soderquist 118 N Larkin Ave Joliet, IL 60435** | **Scott Soderquist sasdds2001@me.com (773) 350-9473** | **Unsecured Noteholder** | | | | **$64,449.32** |
| **Dentobot, LLC Attn: Eric Streid 613 W. Glen Ave Peoria, IL 61614** | **Eric Streid tim@macro-wealth.com (847) 363-5502** | **Unsecured Noteholder** | | | | **$157,091.78** |
| **Derek Ming-Dar Chen c/o Frank Busch 100 Pine Street Ste 725 San Francisco, CA 94111** | **Frank Busch, Esq. busch@wvbrlaw.com (415) 357-8900** | **Unsecured Noteholder** | | | | **$291,013.70** |
| **Dominic Giampaolo 8 Balsam St Lewiston, ME 04240** | **Dominic Giampaolo dgiampaolo@gmail.com (650) 906-0637** | **Unsecured Noteholder** | | | | **$180,082.19** |
| **Eric M. Barnes 3720 Culloden St Flossmoor, IL 60422** | **Eric M. Barnes e.m.barnes@sbcglobal.net (773) 734-1500** | **Unsecured Noteholder** | | | | **$64,449.32** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GLG Technology & Venture Inc. Attn: Gordon Gu PO Box 12053 Zephyr Cove, NV 89448 | Gordon Gu gordongu@yahoo.com (925) 366-8688 | Unsecured Noteholder | | | | $106,881.32 |
| Infinity Law Group 111 Deerwood Road Ste 200 San Ramon, CA 94583 | Ashar Ahmed aahmed@infinitylawca.com 415-902-9086 | Litigation legal Fees | | | | $64,149.60 |
| Issac Yue 7000 S. Adams Chicago, IL 60527 | Isaac Yue yuesmiles@gmail.com (773) 350-0074 | Unsecured Noteholder | | | | $76,638.90 |
| Michael Wong 203 Shrewsbury Ct Mahwah, NJ 07430 | Michael Wong kingmeow@verizon.net (201) 995-7331 | Unsecured Noteholder | | | | $121,172.61 |
| MLM Law Firm 1030 W Chicago Ave 3rd Floor Chicago, IL 60642 | Megan Lopp Mathias megan@loppmathiaslaw.com 312-741-8090 | Litigation legal Fees | | | | $79,857.66 |
| Osnaburge Ventures LLC Shirley Yeh, c/o Frank Busch 100 Pine Street Ste 725 San Francisco, CA 94111 | Frank Busch, Esq. busch@wvbrlaw.com 415-357-8900 | Unsecured Noteholder | | | | $258,731.51 |
| Paul A. DiFranco, Jr., DDS 213 N Dee Rd Park Ridge, IL 60068 | Paul A. DiFranco, Jr., DDS da2docf@gmail.com (847) 226-7382 | Unsecured Noteholder | | | | $128,898.63 |
| Richard Strong 5603 Bamboo Circle Harlingen, TX 78552 | Richard Strong rrstrong@gmail.com (408) 893-6348 | Unsecured Noteholder | | | | $125,528.77 |
| Robert M. Wohler 45 River Dirve South Penthouse 3403 Jersey City, NJ 07310 | Robert M. Wohler robert.wohler@gmail.com (917) 626-6296 | Unsecured Noteholder | | | | $64,449.32 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ronald Mizrahi** **976 E. 9th St.** **Brooklyn, NY 11230** | **Ronald Mizrahi** orthod@aol.com **(718) 998-5100** | **Unsecured Noteholder** | | | | **$63,783.56** |
| **Ryan Wiesemann** **894 Fred Lively Rd** **Bowling Green, KY 42104** | **Ryan Wiesemann** rbwiesemann@aol.com **(270) 799-8238** | **Unsecured Noteholder** | | | | **$63,865.75** |
| **Thomas J. Marcel** **1936 Chalon Glen Ct** **Livermore, CA 94550** | **Thomas J. Marcel** tjmarcel@marcelorthodontics.com **(925) 784-7904** | **Unsecured Noteholder** | | | | **$106,571.51** |
| **Tzeye Huang (Joy Huang)** **21715 Noonan Ct** **Cupertino, CA 95014** | **Joy Huang** joyfultooth@gmail.com **408-857-7899** | **Unsecured Noteholder** | | | | **$239,945.21** |
| **Wilson Sonsini Law Firm (WSGR)** **Attn: Accounts Receivable** **650 Page Mill Rd** **Palo Alto, CA 94304** | **Laurie Westerheide** Lwesterheide@wsgr.com **(650) 493-9300** | **Corporate Legal Fees** | | | | **$121,435.09** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re __Brachium, Inc.__     Case No. _____

                         Debtor(s)     Chapter    __11__

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.      The undersigned is the attorney for the debtor(s) in this case.

2.      The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   - a)      For legal services rendered or to be rendered in contemplation of and in connection with this case    $      25,000.00
   - b)      Prior to the filing of this statement, debtor(s) have paid    $      25,000.00
   - c)      The unpaid balance due and payable is    $      0.00

3.      $ __1,738.00__ of the filing fee in this case has been paid.

4.      The Services rendered or to be rendered include the following:
   - a.      Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   - b.      Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   - c.      Representation of the debtor(s) at the meeting of creditors.

5.      The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.      The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.      The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.      The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated: __January 25, 2021__           Respectfully submitted,

                                 __/s/ Iain A. Macdonald__

                                 Attorney for Debtor: __Iain A. Macdonald 051073__
                                 __Macdonald Fernandez LLP__
                                 __221 Sansome Street, Third Floor__
                                 __San Francisco, CA 94104__
                                 __(415) 362-0449  Fax: (415) 394-5544__

# United States Bankruptcy Court
## Northern District of California

In re    **Brachium, Inc.**            Case No. _____

                Debtor(s)         Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **George Wong**<br>**3191 Ashbourne Circle**<br>**San Ramon, CA 94583** | **Common Shares** | **2,800,000** | **33%** |
| **Hadi Akeel**<br>**3000 Holiday Drive**<br>**Apt 1505**<br>**Fort Lauderdale, FL 33316** | **Common Shares** | **2,800,000** | **33%** |
| **WS Investment Company, LLC**<br>**WSGR 600 Page Mill Rd.**<br>**Palo Alto, CA 94304** | **Common Shares** | **100,000** | **1%** |
| **Yaz Shehab**<br>**660 4th St., #121**<br>**San Francisco, CA 94107** | **Common Shares** | **2,800,000** | **33%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 25, 2021**          Signature   **/s/ Yaz Shehab**

                                                    **Yaz Shehab**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re   **Brachium, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Brachium, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**George Wong**
**3191 Ashbourne Circle**
**San Ramon, CA 94583**

**Hadi Akeel**
**3000 Holiday Drive**
**Apt 1505**
**Fort Lauderdale, FL 33316**

**Yaz Shehab**
**660 4th St., #121**
**San Francisco, CA 94107**

☐ None [*Check if applicable*]

**January 25, 2021**

Date

/s/ Iain A. Macdonald

**Iain A. Macdonald 051073**

Signature of Attorney or Litigant
Counsel for   **Brachium, Inc.**

**Macdonald Fernandez LLP**

**221 Sansome Street, Third Floor**
**San Francisco, CA 94104**
**(415) 362-0449 Fax:(415) 394-5544**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                              Case No.
**Brachium, Inc.**

_____ Debtor(s).          /

**CREDITOR MATRIX COVER SHEET**

    I declare that the attached Creditor Mailing Matrix, consisting of __9__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **January 25, 2021**

**/s/ Iain A. Macdonald**
_____
Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Franchise Tax Board
Bankruptcy Section, MS A-340
Post Office Box 2952
Sacramento, CA 95812


Adam Rutherford
547 Humboldt Way
Livermore, CA 94551


AJW Solo 401k Trust
Attn: Aaron White
5420 Cherokee Draw Rd
Austin, TX 78738


Alexander Roy
1060 Brickell Ave
#413
Miami, FL 33131


Alexander Roy TTEE Henry Roy Trust
Attn: Alexander Roy
1060 Brickell Ave
#413
Miami, FL 33131


American Express
PO BOX 0001
Los Angeles, CA 90096-8000


Andrew Cooper
2800 NW 28th Street
Boca Raton, FL 33434

Associated Orthodontists
Attn: Scott Soderquist
118 N Larkin Ave
Joliet, IL 60435


Audrey Lo
106 Covewood Court
Cary, NC 27513-1784


Bank of America
PO BOX 982238
EL Paso, TX 79998-2238


Bojil Velinov
11525 Scripps Lake Dr.
San Diego, CA 92131


C. Michael Samson
2 Bruce Path
Short Hills, NJ 07078


Chun Man Cho
28-05 150th Street
1st Floor
Flushing, NY 11354


Cohorn Law
101 California St
Ste 2710
San Francisco, CA 94111


CPMC Law Firm
1261 Locust St.
Ste. C26
Walnut Creek, CA 94596

Daniel Aneszko
1924 Glen Oak Dr
Glenview, IL 60025


Dante A. Gonzales
4532 Dublin Blvd.
Dublin, CA 94568


David Wu
105-25 67th Road
Apt 4H
Forest Hills, NY 11375


Dentobot, LLC
Attn: Eric Streid
613 W. Glen Ave
Peoria, IL 61614


Derek Ming-Dar Chen
c/o Frank Busch
100 Pine Street
Ste 725
San Francisco, CA 94111


Dominic Giampaolo
8 Balsam St
Lewiston, ME 04240


Donna Crawford
30 W. Oak St.
Apt 5E
Chicago, IL 60610


Edmund L. Ng Trust u/a/d 4/10/2015
Attn: Edmund L. Ng
519 The Lane
Hinsdale, IL 60521

Eric M. Barnes
3720 Culloden St
Flossmoor, IL 60422


Esteban Hernandez
8228 Rhoda Ave
Dublin, CA 94568


George Wong
3191 Ashbourne Circle
San Ramon, CA 94583


Gilbert Passin
7866 Flagstone Drive
Pleasanton, CA 94588


GLG Technology & Venture Inc.
Attn: Gordon Gu
PO Box 12053
Zephyr Cove, NV 89448


Hadi A Akeel Revocable Trust /  Dr. Hadi
Attn: Hadi Akeel
3000 Holiday Drive
Apt 1505
Fort Lauderdale, FL 33316


Hadi Akeel
3000 Holiday Drive
Apt 1505
Fort Lauderdale, FL 33316


Huddleston Sipos Law Firm
1280 Civic Drive
Ste 210
Walnut Creek, CA 94596

```
Infinity Law Group
111 Deerwood Road
Ste 200
San Ramon, CA 94583


Issac Yue
7000 S. Adams
Chicago, IL 60527


Justin S. Cooper
11 Plaza Real S.
Unit 207
Boca Raton, FL 33434


Kenneth Bloom
1441 9th Ave
#1701
San Diego, CA 92101


Marianne T. Mason
4082 Belair Lane
Apt 10
Naples, FL 34103


Mark Stephany
1716 Dupont Ave S.
Minneaplois, MN 55403


McCaffrey Foundation
Attn: Garth McCaffrey
6462 E Oberlin Way
Scottsdale, AZ 85266


Michael A Hess Revocable Trust
Attn: Michael Hess
617 Balibay Rd
Appollo Beach, FL 33572
```

Michael S. Weber, Jr.
9 Steele Ave
Annapolis, MD 21401


Michael Wong
203 Shrewsbury Ct
Mahwah, NJ 07430


MLM Law Firm
1030 W Chicago Ave
3rd Floor
Chicago, IL 60642


Osnaburge Ventures LLC
Shirley Yeh, c/o Frank Busch
100 Pine Street
Ste 725
San Francisco, CA 94111


Paul A. DiFranco, Jr., DDS
213 N Dee Rd
Park Ridge, IL 60068


Paul Rutherford
7686 Quail Creek Cir
Dublin, CA 94568


Richard Strong
5603 Bamboo Circle
Harlingen, TX 78552


Robert M. Wohler
45 River Dirve South
Penthouse 3403
Jersey City, NJ 07310

Ronald Mizrahi
976 E. 9th St.
Brooklyn, NY 11230


Rui Sergio Seu
40 Possum Way
New Providence, NJ 07974


Rutherford Family Trust
Attn: Paul Rutherford
7686 Quail Creek Cir
Dublin, CA 94568


Ryan Wiesemann
894 Fred Lively Rd
Bowling Green, KY 42104


Seung-Hee Rhee
5 East 22 Street
Apt 29-A
New York, NY 10010


Shih Chang Chou
809 North Maple Ave
Montebello, CA 90640-2425


Shui Man Chou
5 Peach Hill Court
Ramsey, NJ 07446


Sophia Leung
Beverly Hill, Flat 2
Tower B, 10/Fl, 6 Broadwood Road
Happy Valley, HONG KONG

Steven Feldman
40 Gail Ct
Wayside, NJ 07712


Syed M. Tariq
12003 Paladora Point Ct
Houston, TX 77041


Syed Yasir Zaidi
1993 Dell Rose Drive
Bloomfield Hills, MI 48302


Tarek A. Fadel
2739 N Southport Ave
Chicago, IL 60614


Tarek A. Fadel Living Trust
Attn: Tarek Fadel
2739 N Southport Ave
Chicago, IL 60614


Thomas J. Marcel
1936 Chalon Glen Ct
Livermore, CA 94550


Tom Grube
710 Kellerman Court
Granite Bay, CA 95746


Tronvest Capital, SPC
c/o Frank Busch, Esq.
100 Pine Street
Ste 725
San Francisco, CA 94111

Tzeye Huang
(Joy Huang)
21715 Noonan Ct
Cupertino, CA 95014


Uzma Khan
5540 Darlington Road
Pittsburgh, PA 15217


William Ryan
15325 Meadowwood Drive
Grand Haven, MI 49417


Wilson Sonsini Law Firm (WSGR)
Attn: Accounts Receivable
650 Page Mill Rd
Palo Alto, CA 94304


WS Investment Company, LLC
WSGR 600 Page Mill Rd.
Palo Alto, CA 94304


Yaz Shehab
660 4th St., #121
San Francisco, CA 94107