

Signed and Filed: July 20, 2023

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

Charles P. Maher (SBN 124748)
RINCON LAW, LLP
268 Bush St., Ste. 3335
San Francisco, CA 94104
Tel. 415-840-4199
Fax. 415-680-1712
cmaher@rinconlawllp.com

Counsel for
Christopher Hayes,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

BRACHIUM, INC.
    *fka* BRACHIUM LABS, LLC,

Debtor.

Case No. 21-30047 HLB
Chapter 7
Hon. Hannah L. Blumenstiel

### ORDER AUTHORIZING COMPROMISE

Based on the certification of no objection and it appearing that notice has been adequate, that no objections have been filed or served on the Trustee, and that good cause exists, it is

ORDERED as follows:

1. The Trustee is authorized to enter into the compromise with Christopher Niro described in the Trustee's June 26, 2023, notice to creditors.

2. Under the terms of the compromise, the Trustee is authorized to waive any claims the estate may have against Christopher Niro and to dismiss the claims asserted by the Debtor against Christopher Niro in Contra Costa County Superior Court in Case Nos. MSC19-00880 and MSC19-01587.

3. The Trustee is authorized to take those steps and sign those documents he deems necessary to effectuate the compromise in conformity with his June 26, 2023, notice to creditors.

*** END OF ORDER ***